LINDA C. SIKKING, PLAINTIFF-APPELLANT, v. SELECTED RISKS INSURANCE COMPANY, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Submitted April 8, 1987—Decided April 30, 1987.

Before Judges KING, HAVEY and MUIR.

*Capizola, Fineman & Kutner,* attorneys for appellant (*Darrell Fineman and Barbara Lapham,* on the brief).

*Horuvitz, Perlow, Morris & Baker,* attorneys for respondent (*John P. Morris,* on the brief).

PER CURIAM.

The judgment of the Law Division is affirmed for the reasons stated in the opinion of Judge Kleiner published at 210 *N.J.Super.* 229 (Law Div.1985).